UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

| | |
|---|---|
| FREEZETONE PRODUCTS, INC., a Florida Corporation, | CASE NO. 02-20138-CIV-GRAHAM |
| Plaintiff, | Magistrate Judge Garber |
| vs. | |
| LUIS LATOUR, SR., an individual, et al. | |
| Defendants, | |
| _____/ | |

## SATISFACTION AND RELEASE OF FINAL JUDGMENT

Plaintiff, FREEZETONE PRODUCTS, INC., by and through undersigned counsel, hereby states that any and all Final Judgments and Amended Final Judgments entered in the above-styled matter against each an every Defendant is hereby satisfied in full, and all Defendants are released of any monetary obligation to Plaintiff under said Final and Amended Judgments.  Defendant, Luis R. Latour Sr.'s monetary obligations to Plaintiff under the various Contempt Orders against him are also hereby deemed satisfied.

This Satisfaction and Release does not, however, affect any and all permanent injunctive relief awarded by this Court against Defendants, which relief shall remain in full



force and effect despite any releases executed by the parties or the entry of this Satisfaction of Judgment.

Respectfully submitted,

MARIO R. DELGADO, P.A.
2000 Ponce de Leon Blvd.
Suite 102
Coral Gables, FL 33134
Tel. (305) 774-9210
Fax (305) 774-7310

By: _____
MARIO R. DELGADO
Fla. Bar No. 745065

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was sent via facsimile and U.S. Mail to Defendants' counsel, Jay Sanchelima, Esq., Sanchelima & Associates, P.A., 235 SW Le Jeune Road, Miami, Florida 33134 this ___ day of August, 2005.

_____
MARIO R. DELGADO